752

the Third Circuit denied. *Mr. Frederic R. Sanborn* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts,* and *Ernest A. Gross,* and *Miss Ruth Weyand* for respondent.

No. 902. PUERTO RICO *v.* UNITED STATES ET AL. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. William Cattron Rigby* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Dwight D. Doty* for respondents.

No. 916. EDISON BROTHERS STORES, INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Sydney Salkey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 917. LINDER *v.* MERLE-SMITH ET AL. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Maxwell C. Katz* and *Otto C. Sommerich* for petitioner. *Messrs. Paxton Blair, Clifton Murphy, Edwin S. S. Sunderland, Philip A. Carroll,* and *Leo Brown* for respondents.

No. 921. PACIFIC STEAMSHIP LINES, INC. *v.* CROSBY. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Keith*